# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GAMEZ, | CASE NO. CV-F-05-1512 OWW LJO |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All papers shall bear the new case number **CV F 05-1512 LJO**. IT IS SO ORDERED.

**Dated:   March 31, 2006**              /s/ Oliver W. Wanger
emm0d6                                            UNITED STATES DISTRICT JUDGE

1