ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| VERONICA GAMEZ,<br><br>    Plaintiff,<br><br>vs<br><br>COMMISSIONER of<br>SOCIAL SECURITY,<br><br>    Defendant.<br>_____ | CASE NO: 1:05-cv-1512<br>                OWW LJO<br><br><br>STIPULATION and ORDER<br>to<br>EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from June 15, 2006 to July 15, 2006.

/ / / / /                                                                                                          \ \ \ \ \

/ / / / /                                                                                                          \ \ \ \ \

/ / / / /                                                                                                          \ \ \ \ \

/ / / / /                                                                                                          \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

/s/ Robert D. Christenson

Dated:   June 13, 2006

ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated:   June 13, 2006

**McGREGOR W. SCOTT**
United States Attorney

/s/ Kristi C. Kapetan
_____
**KRISTI C. KAPETAN**
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 13, 2006**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES MAGISTRATE JUDGE